No. 82–1998. CLARK, SECRETARY OF THE INTERIOR, ET AL. *v.* COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL. C. A. D. C. Cir. [Certiorari granted *sub nom. Watt* v. *Community for Creative Non-Violence, ante,* p. 812.] Motion of respondents for leave to file supplemental joint appendix not in compliance with this Court's Rule 33 denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant this motion.

No. 82–6956. CROSS *v.* SECRETARY OF STATE, *ante,* p. 928. Motion of appellant for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 83–623. JAMES ET AL. *v.* CLARK, SECRETARY OF THE INTERIOR, ET AL. C. A. 1st Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied.

No. 83–5040. ENO ET AL. *v.* UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., *ante,* p. 928. Motion of petitioners for reconsideration of order denying leave to proceed *in forma pauperis* denied.

No. 83–5611. WINDSOR *v.* THE TENNESSEAN ET AL. Ct. App. Tenn. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 3, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co., ante,* p. 928, we would deny the petition for certiorari in this case without reaching the merits of the motion to proceed *in forma pauperis.*

No. 83–5601. IN RE WILLIAMS. Petition for writ of mandamus denied.

No. 83–297. ARMCO INC. *v.* HARDESTY, TAX COMMISSIONER OF WEST VIRGINIA. Appeal from Sup. Ct. App. W. Va. Probable jurisdiction noted.